UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH DAVIS, a single man, individually and as the marital community comprised thereof;<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WALLA WALLA COUNTY, WA; JOHN TURNER and JANE DOE TURNER, Husband and wife individually and as the Marital community comprised thereof; JANE DOE HESTER and JOHN DOE HESTER, Wife and Husband individually and as the marital community comprised thereof; KEILAN HARMON and JANE DOE HARMON, husband and wife, individually and as the marital community comprised thereof,<br><br>　　　　　　Defendants. | No.   CV-13-5019-EFS<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTY** |

　　　Before the Court is the parties' Stipulation for Dismissal with Prejudice and Without Fees or Costs to Any Party, ECF No. 9. The parties have fully settled and compromised this matter, and request this matter be dismissed with prejudice and without fees or costs to either party. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41, **IT IS HEREBY ORDERED**:

　　　1.　　The parties' Stipulation for Dismissal with Prejudice and Without Fees or Costs to Any Party, **ECF No. 9**, is **GRANTED**.

ORDER - 1

2. This lawsuit is **DISMISSED with prejudice**.

3. Each party is to bear their own fees and costs.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

DATED this 21st day of October 2013.

<pre>
               _____s/ Edward F. Shea_____
                       EDWARD F. SHEA
                Senior United States District Judge
</pre>

Q:\EFS\Civil\2013\5019.stip.dism.lc1.doc

ORDER - 2